AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

DR. MARTIN WOESLER

                                                **JUDGMENT IN A CIVIL CASE**

v.

UTAH VALLEY UNIVERSITY and STATE OF UTAH

                                            Case Number: 2:13-cv-01023 DBP

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the defendant; all of plaintiffs' causes of action are dismissed.

September 29, 2016                                       D. Mark Jones
*Date*                                                                     *Clerk of Court*

                                                                           *(By) Deputy Clerk*